## CERTIFICATE OF SERVICE

I, <u>Gini L. Downing</u> (name), certify that service of this summons and a copy of the complaint was made <u>February 4, 2022</u> (date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
The Corporation Trust Company,
R/A for Smith & Nephew, Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date    <u>February 4, 2022</u>    Signature   */s/ Gini L. Downing*

      Print Name:    <u>Gini L. Downing</u>
                               Pachulski Stang Ziehl & Jones LLP
                               10100 Santa Monica Blvd.
                               13th Floor
      Business Address:    <u>Los Angeles, CA 90067</u>

## SENDER: *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1. Article Addressed to:**

The Corporation Trust Company,
R/A for Smith & Nephew, Inc.
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 3367 7227 2903 07

**2. Article Number** *(Transfer from service label)*

7017 2400 0000 3985 7964

## COMPLETE THIS SECTION ON DELIVERY

**A. Signature**

X ☐ Agent
☐ Addressee

**B. Received by** *(Printed Name)* **C. Date of Delivery**

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 0 8 2022

CT CC    RATION

**3. Service Type**
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt